DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF OREGON  FILED 29 SEP '11 9:36 USDC-ORP

ARTICLE III CONSTITUTIONAL COURT

Roberta Kelly, Plaintiff,

By Special Appearance,

v.

Gregory E. Abel, Wedge Abels, Shane E. Abma, Susan K Ackerman, John V. Acosta, Sam Adams, Advance Publications Inc., Ann L. Aiken, Ally Financial Inc., American City Business Journals, Douglas L. Anderson, Gerald M. Auebach, Thomas A. Balmer, Linda Barnett, Todd W. Bennett, Corina Bergeland, Marilyn Bergsma, Ben S. Bernanke, Bishop White Marshall and Weibel P.S., Gary Blackmer, BLACKROCK FUND, Lloyd C. Blankfein, Earl Blumenauer, Lee C. Bollinger, Anna J. Brown, Warren Buffett, Russel E. Burger, George H. W. Bush, George W. Bush, Jay S. Bybee, Consuelo M. Callahan, John D. Carter, Chase Manhattan Bank USA National Assoc., Rebecca L. Chiao, Richard B. Cheney, Mark D. Clarke, Hillary Rodham Clinton, William J. Clinton, Thomas M. Coffin, Jeffrey S. Cogen, Nancy Cody, Jen Coney, Cowlitz County Commissioners, Stephen M. Cutler, Julie Davie, Jan Dean, David De David De Brunner, Paul J. De Muniz, Detention Center Industries Mult. Co. [MULTCO], Jamie Dimon, Matthew J. Donohue, Michael G. Dunn, Randall L. Dunn, Robert D. Durham, C. Marie Eckert, Penny Evans, Evergreen International Aviation, Inc. [EIA], Federal Reserve System [FED], Fidelity National Title Financial, Inc., Nicholas Fish, Betty B. Fletcher, Ronald Frashour III, Joyce Fred, Amanda Fritz, David B. Frohnmayer, John Frohnmayer, Brent E. Gale, Timothy F. Geithner, General Mortgage Acceptance Corp. Corporation [GMAC], C. Scott Gibson, Golden West Financial, Goldman Sachs & Co. [GS&Co], Patrick J. Goodman, Daniel N. Gordon PC, Christine Gregorie, Ancer L. Haggerty, Harsch-Schnitzer Investment Co., Marco A. Hernandez, Natalie

Case No. **CV'11-1178  SI**

*SUPPORTING AFFIDAVIT FOR COMPLAINT(S), JURISDICTIONAL U.S. CONSTITUTIONAL COURT* PA?
[*SELECT LIST-NAMES, ET AL JOIN*]
RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT
*CONSOLIDATION 09.17.11
AMEND [VERIFIED AND R.I.C.O]
via facsimile* [541] 608.8779  09.19.2011
*via Certified* ' 7011 0470 0000 7165 6922
CLAIMS(S) FOR RELIEF, U.S. CODE TITLE 18, PART(S) I, II, III, IV, V

Chapter(s)   Section(s) §§
1.   1   –  123   §§ 1       – 2725
2.   201 – 237   §§ 3001 – 3771
3.   301 – 319   §§ 4001 – 4353
4.   401 – 403   §§ 5001 – 5042
5.   602 –         §§ 6001 – 6005

**NO** SUMMARY JUDGMENT TO FURTHER DELAY THE ULTIMATE DISPOSITION OF THE CASE, AND AUDIO-VIDEO DEPOSITIONS *POST HASTE* TO CREATE THE RECORD OF UNITED NATIONS AGENDA 21, 1992, GEORGE H.W. BUSH, *ET AL*, 1995, WILLIAM J. CLINTON, *ET AL*. SEE EG, EXECUTIVE ORD # 12858, IE, SUSTAINABLE DEVELOPMENT AND ITS VIOLATIONS OF BUT, NOT LIMITED TO, HUMAN RIGHTS' AND AND U.S. BILL OF RIGHTS' AS A CONSTITUTION

ORAL ARGUMENT NOT WAIVED
TRIAL BY JURY

SUMMONS BY PUBLICATION

L. Hocken, Michael R. Hogan, Dwight C. Holton, Dennis J. Hubel, Homecomings Financial Inc., Lee Hullinger, Patricia A. Ihnat, International Council for Local Environmental Issues [ICLEI], Internal Revenue Service [IRS], International Monetary Fund [IMF], JP Morgan Chase, John Jelderks, Dania Johnson, B. Andrew Jones, Robert E. Jones Gregg S. Kantor, Garr M. King, Henry Kissinger, Rives Kistler, John A. Kitzhaber, William Knaust, Kyle Knoll, Alex Kozinski, Bonnie Krieger, John R. Kroger, Jack L. Landau, Virginia L. Linder, Edward Leavy, Henry H. Lazenby, Jr., Randy Leonard, Martha Lillie, Sabrina P. Loiselle, Malcolm F. Marsh, Nora Mc Connell, Vena Mc Coy, Sandy Mc Donnell, Neil Mc Farlane, Robert M. Mc Kenna, Jeff Merkley, Michael W. Mosman, George W. Madison, Jean Kerr Maurer, Linda Meng, Mid Atlantic [Reliant] Energy Power Holdings LLC, Miller Nash LLP, Lee Mitau, J. Scott Moede, Mark C. Moench, Mortgage Electronic Registration Systems Inc., [MERS], Charles T Munger, Mary Nekuda, NEUBERGER BERMAN, Samuel I. Newhouse, Jr., Newhouse News Group, North West Natural [NWN], Zalane Nunn, Joseph A O'Leary, OR PUBLIC EMPLOYEES' RETIREMENT SYSTEM [ORPERS], Oregonian, PACIFICORP., Gregory K. Palm, PARNASSUS INVESTMENTS, Teresa H. Pearson, Ryan K. Petrey, Jane L. Peverett, Brian Playfair, Portland Police Bureau [PPB], Portland Water Bureau, Portland Development Commission [PDC], Raymond R. Quirk, James A. Redden, Mike Reese, Stephen Reinhart, R. Patrick Reiten, Condolezza Rice, David Rockefeller, Steve Roso, Mardilyn Saathoff, Peter T. Sadowski, Dan Salzman, Joaquin Sampson, Herbert Sandler, Marion Sandler, John Savage, Jeffrey D. Sapiro, Arlene Schnitzer, Jordan Schnitzer, Douglas H. Schulman, Jeanne K. Sinnott, David Sokol, George Soros, STATE STREET CORP, Pamela Stroebel, Steve S. Staul, Douglas K. Stuver, John S. Thomas, Tri-Co. Metropolitan Transportation District of Oregon [TRI-MET], UNIFUND, US BANCORP, U.S. Bank National Assoc. NA, Lavonne Griffin-Valade, VANGUARD GROUP, David A. Viniar, Wachovia, A. Richard Walje, Martha Lee Walters, David A. Weibel, Krista L. White, Marc Williams, World Savings, Ron Wyden, *ET AL.* Youlee Y. Yoo, Selig A. Zises Partners,

*DEFENDANTS, **PARTIAL LIST**, ET AL.*

ORAL ARGUMENT <u>NOT</u> WAIVED
AUDIO-VIDEO DEPOSITIONS
<u>TRIAL BY JURY</u>
<u>NO</u> SUMMARY JUDGMENT

SUMMONS BY PUBLICATION

Page 2 - September 17, 2011, *SUPPORTING AFFIDAVIT*, Roberta Kelly, 5109 NE Ainsworth ST, Portland, OR 97218-1826, *COMPLAINT IN JURISDICTIONAL U.S. CONSTITUTIONAL COURT*

**IMMEDIATE RELIEF**: Under the provisions of the U.S.CODE TITLE 18, PART I, II, III, IV, V [1]

*We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence,* **promote the general Welfare**, *and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.*

*Article. I., Section. 9., Clause 7.: No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law;* **and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time**.

I, Roberta Kelly, [to the very best of my ability as a learned American according to the information provided in the news and other sources of data], do declare the following:

1.   The a-b-c knowledge which is necessary to communicate our *Bill of Rights'* and our *U.S. Constitution* provides by and through *the State IE, government,*

   a.   *State, IE STATE is ALL We The People government;*
   b.   *Our U.S. Constitutional Republic's Social Credit Contract* began on or about 1917, *via* the Federal Global ~~Banking~~ Reserve **Credit-Debt** System,
   c.   it was NOT to **promote the general Welfare**, *and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America*, see the US-global-economic-financial-terrorism-warfare since on or about 1917.

2.   In 2011, *Article. I., Section. 9., Clause 7*, is beyond the idea of past due for an accounting according to the highest and strictest standards of forensics in international-global commerce and to the most honorable level of enlightenment in the *U.S. Constitution,*

   a.   *No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time. Article. I., Section. 9., Clause 7,*
   b.   *James Madison, Notes for Speech Opposing Paper Money.*[2]

3.   Human Rights' such as but not limited to, NON-TOXICALLY POISONED air, water, dirt-soil, food, medicine, monies-exchanging commerce, information and the natural resources to live DO NOT disappear in a *super pirating* of our **SOCIAL CONTRACT**,

   a.   *Rosa Koire, ASA, California Certified General Real Estate Appraiser, Accredited Senior Appraiser, American Society of Appraisers, District Branch Chief, California Department of Transportation, Bachelor of Arts, English, UCLA, 1982 Executive Director,*

---

[1] www.law.cornell.edu/uscode/html/uscode18/usc_sup_01_18.html

[2] http://press-pubs.uchicago.edu/founders/documents/a1_10_1s2.html

Page **3** - September 17, 2011, *SUPPORTING AFFIDAVIT*, Roberta Kelly, 5109 NE Ainsworth ST, Portland, OR 97218-1826, *COMPLAINT IN JURISDICTIONAL U.S. CONSTITUTIONAL COURT*

*through her website www.DemocratsAgainstUNAgenda21.com and her grassroots tactical organization, Santa Rosa Neighborhood Coalition, she, with other community leaders, has enabled activists on many seemingly unconnected issues to come together and fight UN Agenda 21/Sustainable Development.*[3]

4.  In or about 2003, the State of Washington [*see Martin, Kelly, et al. v. Cowlitz County*] and Governor Chris Gregorie, Attorney General Rob Mc Kenna, *et al.*, in wilful intention participated in what was named [Club of Rome] the Salmon Recovery, UN 21 in reviewing the Rosa Korie investigation(s). As well, *Georgia Guidestones* stand in statement of the global dark age agenda.

5.  Perhaps the Founding Fathers idea about religion is in need of also a completely and one hundred percent [100%] review and accounting, a reckoning of the infinite number of those who and whom are in high places of government that are also enjoying dual citizenship or above the U.S. Constitution in very high places as foreign crusade driven organizations.

   a. Taxation of religions that are profiteering in global businesses of spreading gospel so to speak, as can be easily and effortlessly accomplished in technology sophistication, and also Taxation of any/all global businesses which capitalize upon the criminal insanity of our human species,'
   b. SOCIAL CREDIT is clearly intended for only the lawful U.S. natural born, thus,
   c. human traffic trade must cease, desist and STOP immediately.

   NOTICE, Court, [to the, but not limited for the, crusading religiosity *super-pirates' globalism's*]: FULLY HONOR the U.S. Constitution's rule of law in due process.

   *via Facsimile* also to:

09.19.11 [612] 303.0898, RICHARD G. REITEN, Former Chairman of the Board of Northwest Natural Gas Company, provider of natural gas in Oregon and southwest Washington, 2006-2008 and from 2000-2005, President and Chief Executive Officer, 1997-2003, President and Chief Operating Officer, 1995-1997; former President and Chief Operating Officer of Portland General Electric, electric public utility, 1992-1995; former President of Portland General Corp., 1989-1992; Director of U.S. Bancorp, banking services, since 1998; National Fuel Gas Company, *etc.*, and faxing selective to the list faxed on 09.16.11;

| | | |
|---|---|---|
| 503.326.8289 | Acosta | |
| 503.813.7262 | Hocken | 09.19.2011 |
| 503.823.4019 | Leonard | |
| 503.326.8339 | Mosman/Hubel | |

September 17, 2011, *[signature]*
Roberta Kelly

---

[3]http://www.postsustainabilityinstitute.org/board-of-directors.html

Page **4** - September 17, 2011, *SUPPORTING AFFIDAVIT*, Roberta Kelly, 5109 NE Ainsworth ST, Portland, OR 97218-1826, *COMPLAINT IN JURISDICTIONAL U.S. CONSTITUTIONAL COURT*

September 16-17, 2011

Number of Pages 7 including Cover

**FAX**

[541] 608.8779, and

| | |
|---|---|
| 503.326.8289 | John V. Acosta |
| 541.431.4149 | Ann L. Aiken |
| 503.813.7262 | Natalie L. Hocken |
| 503.326.8339 | Dennis J. Hubel |
| 503.326.8239 | Garr M. King |
| 503.823.4019 | Randy Leonard |
| 503 593.326.8339 | Michael W. Mosman |
| 503.721.2451 | MardiLyn Saathoff |

c/o 326.8289

VIA CERTIFIED 7011 0470 0000 7165 6922, TO:

The Honorable Owen M Panner, US Courthouse, 310 W. 6TH Street, Medford, Oregon 97501-2710, ATTENTION: Judicial Assistant Margaret Hunt, Medford P [541] 608.8756; Courtroom Deputy Margaret Hunt; Civil Docketing Clerk Karen Finerson, Medford P [541] 608.8777; Criminal Docketing Clerk Debbie Johnson, Medford P [541] 608.8772;

VIA CERTIFIED 7011 0470 0000 7165 6939, TO:

827 United States Courthouse
1000 Southwest Third Avenue
Portland, Oregon 97204-2938
Chambers: (503) 326-8290

To Who It Concerns and To Whom It Concerns:

    Please, receive the PROTECTIVE ORDER and CONSOLIDATION filings as NOTICED herein, thank you.

    The 16TH day of September, 2011, Roberta Kelly

DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF OREGON

ARTICLE III CONSTITUTIONAL COURT

Case No. _____

Roberta Kelly, Plaintiff,

By Special Appearance,

v.

John V. Acosta, Ann L. Aiken, Thomas A. Balmer, Earl Blumenauer, Anna J. Brown, Jay S. Bybee, Mark D. Clarke, Thomas M. Coffin, Consuelo M. Callahan, Paul J. De Muniz, Randall L. Dunn, Robert D. Durham, Betty B. Fletcher, Christine Gregorie, Ancer L. Haggerty, Marco A. Hernandez, Michael R. Hogan, John Jelderks, Robert E. Jones, Rives Kistler, Jack L. Landau, Virginia L. Linder, Garr M. King, John A. Kitzhaber, Alex Kozinski, John R. Kroger, Edward Leavy, Robert M. Mc Kenna, Malcolm F. Marsh, Jeff Merkley, Joseph A O'Leary, Paul Papak, James A. Redden, Stephen Reinhart, Peter L. Shaw, Michael D. Shrunk, N. Randy Smith, Janice M. Stewart, Patricia Sullivan, Martha Lee Walters, Ron Wyden, *ET AL.*

Defendants.

COMPLAINT [VERIFIED] AMEND 09.16.11
**PROTECTIVE ORDER,** *IE*
U.S. CONSTITUTIONAL COURT <u>PA</u>
JURY TRIAL, AUDIO-VIDEO DEPOSITIONS
*RE: VIOLATIONS OF HUMAN RIGHTS' AND THE BILL OF RIGHTS,' AND CONTEMPT FOR THE U.S. CONSTITUTION VIA GLOBALISM'S ELECTRONIC VIRTUAL MONIES [EG, COMPUTER DEBT], ETC.*

**Dennis J. Hubel**

**Michael W. Mosman**

*CONSOLIDATION [R.I.C.O.]*
AND *SELECTIVE-PARTIAL LIST*
NO WAIVER OF ORAL ARGUMENT

<u>U.S. CONSTITUTIONAL COURT [OWEN M. PANNER]</u> *SELECTIVE-PARTIAL LIST copies*:

Susan J. Alfano, J.B. and Shelley Beyer, Marceen Bloom, Danny W. Donaldson, Gary Donaldson, Dan Ernst, Richard Gill, Natscha Girma, Azonia Haney, Richard L. Harriman, Larry Jackson, Christine Lasko, Patty Kelley, Michael McMullin [aka Mike Dee] Eric and Maggie Mashia, L. Carlyle and Linda C. Martin, Lauren J. Paulson, Roger Tabb, Art VanAlstine, Clifford C. Walker, Brent Webster, Roger Weidner, Charlie White, *ET AL*

*We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.*

Page **1** - 09.16.11, Roberta Kelly, 5109 NE Ainsworth ST, Portland, OR 97218-1826,
    OWEN M. PANNER U.S. CONSTITUTIONAL COURT, PROTECTIVE ORDER

*MONETIZATION OF SIGNATURE(S), SECURITIZATION OF MORTGAGES, ELECTRONIC VIRTUAL MONIES, COMPUTER-INTEREST-DEBT-PERPETUITY*

*Article. I., Section. 9., Clause 7.: No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time.*

Courts in the United States operate in a system of law remedy/ies that appear in violation of our U.S. Constitution. *IE EG, PACER* software is an automatic non-signature for government AND does this not vitiate CONTRACT law? Furthermore, signing of my signature provides the Courts' continuation of monetization? PLEASE produce THE following, but not limited to:

complete disclosure, full transparency, one hundred percent [100%] open record of my signature used **in every ways and means** [*ie eg, debt-credit monetization exchanges*].

*We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence,* **promote the general Welfare**, *and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.*

Human Rights such as but not limited to, air, water, and the natural resources to live, do not disappear in the globalism of digital debt-credit in my understanding of our **SOCIAL CONTRACT**.

Social Credit is government monies according to the news. Social Credit is a Contract with the U.S. Constitution, as well. Therefore, our U.S. Courts cannot be other than in contempt when using Social Credit to destroy the human rights,' and the Bill of Rights,' PROTECTED in our U.S. Constitution. The Globalists' privatization of U.S. Social Credit needs to be argued in a higher court. We The People discover remedy/ies in America's federal and states' Constitutions, a certain continued ignorance of due process and therefore, the rule-spirit-letter, THE *good law* continues in a dark ages spiral of a NON-representative U.S. Constitutional Republic, government. George W. Bush's decider rulership disenfranchised our Fifteenth Amendment in my understanding of our voting rights. Electronic voting further secures disenfranchisement with the Patriot ACT securing debt-credit-computer-monies as a global money laundering operation(s) [R.I.C.O.], and this is again according to my understanding.

NOTICE in the Court for the super-pirates' [globalism's] honor of the rule of law due process.

September 16, 2011, Roberta Kelly

*SUMMONS VIA PUBLICATIONS*

Page **2** - 09.16.11, Roberta Kelly, 5109 NE Ainsworth ST, Portland, OR 97218-1826,
OWEN M. PANNER U.S. CONSTITUTIONAL COURT, PROTECTIVE ORDER

DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF OREGON

ARTICLE III CONSTITUTIONAL COURT

Case No. _____

Roberta Kelly, Plaintiff,

By Special Appearance,

v.

Gregory E. Abel, Wedge Abels, Shane E. Abma, Susan K Ackerman, Sam Adams, Advance Publications Inc., Ally Financial Inc., American City Business Journals, Douglas L. Anderson, Gerald M. Auebach, Linda Barnett, Todd W. Bennett, Corina Bergeland, Marilyn Bergsma, Ben S. Bernanke, Bishop White Marshall and Weibel P.S., Gary Blackmer, BLACKROCK FUND, Lloyd C. Blankfein, Lee C. Bollinger, Warren Buffett, Russel E. Burger, George H. W. Bush, George W. Bush, John D. Carter, Chase Manhatten Bank USA National Assoc., Rebecca L. Chiao, Richard B. Cheney, Hillary Rodham Clinton, William J. Clinton, Jeffrey S. Cogen, Nancy Cody, Jen Coney, Cowlitz County Utilities Commissioners, Stephen M. Cutler, Julie Davie, Jan Dean, David De Brunner, Detention Center Industries [MULTCO], Jamie Dimon, Matthew J. Donohue, Michael G. Dunn, Penny Evans, Evergreen International Aviation, Inc. [EIA], Federal Reserve System [FED], Fidelity National Title Financial, Inc., Nicholas Fish, Ronald Frashour III, Joyce Fred, Amanda Fritz, David B. Frohnmayer, John Frohnmayer, Brent E. Gale, General Motors Acceptance Corporation [GMAC], C. Scott Gibson, Golden West Financial, Goldman Sachs & Co. [GS&Co], Patrick J. Goodman, Daniel N. Gordon PC, Harsch Investment Company, Dwight C. Holton,

COMPLAINT [RICO] AMEND 09.16.11
**PROTECTIVE ORDER**
PA U.S. CONSTITUTIONAL COURT
[*REQUESTED TO BE JOINED SEE VERIFIED COMPLAINT(S)*]
RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT [R.I.C.O], CLAIMS(S) FOR RELIEF
***CONSOLIDATION***
U.S. CODE
TITLE 18, PART(S) I, II, III, IV, V [1]
    Chapter(s)   Section(s) §§
1.   1 – 123   §§ 1   – 2725
2.   201 – 237   §§ 3001 – 3771
3.   301 – 319   §§ 4001 – 4353
4.   401 – 403   §§ 5001 – 5042
5.   602 –   §§ 6001 – 6005

**NO** SUMMARY JUDGMENT TO FURTHER DELAY THE ULTIMATE DISPOSITION OF THE CASE
AUDIO-VIDEO DEPOSITIONS
<u>TRIAL BY JURY</u>
SUMMONS BY PUBLICATION
**C. Marie Eckert**


**Timothy F. Geithner**


**Natalie L. Hocken**

---

[1] http://www.law.cornell.edu/uscode/html/uscode18/usc_sup_01_18.html

Page **1** - 09.16.11, Roberta Kelly, 5109 NE Ainsworth ST, Portland, OR 97218-1826,
    OWEN M. PANNER U.S. CONSTITUTIONAL COURT, PROTECTIVE ORDER

| | |
|---|---|
| Homecomings Financial Inc., Lee Hullinger, Patricia A. Ihnat, International Council for Local Environmental Issues [ICLEI], Internal Revenue Service [IRS], International Monetary Fund [IMF], JP Morgan Chase, Dania Johnson, B. Andrew Jones, Gregg Kantor, Henry Kissinger, John Kitzhaber, William Knaust, Kyle Knoll, Bonnie Krieger, Henry H. Lazenby, Jr., Martha Lillie, Sabrina P. Loiselle, Vena Mc Coy, Sandy Mc Donnell, Neil Mc Farlane, George W. Madison, Jean Kerr Maurer, Linda Meng, Mid Atlantic [Reliant] Energy Power Holdings LLC, Miller Nash LLP, Lee Mitau, J. Scott Moede, Mark C. Moench, Mortgage Electronic Registration Systems Inc., [MERS], Charles T. Munger, Mary Nekuda, NEUBERGER BERMAN, Samuel I. Newhouse, Jr., Newhouse News Group, NorthWest Natural [NWN], Zalane Nunn, OREGON PUBLIC EMPLOYEES' RETIREMENT SYSTEM [ORPERS], Oregonian, PACIFICORP., Gregory K. Palm, PARNASSUS INVESTMENTS, Teresa H. Pearson, Ryan K. Petrey, Jane L. Peverett, Brian Playfair, Portland Police Bureau [PPB], Portland Water Bureau, Portland Development Commission [PDC], Raymond R. Quirk, Mike Reese, R. Patrick Reiten, Condolezza Rice, David Rockefeller, Steve Roso, Peter T. Sadowski, Dan Salzman, Joaquin Sampson, Herbert Sandler, Marion Sandler, John Savage, Jeffrey D. Sapiro, Arlene Schnitzer, Jordan Schnitzer, Douglas H. Schulman, Jeanne K. Sinnott, David Sokol, STATE STREET CORP, Pamela Stroebel, Douglas K. Stuver, John S. Thomas, Tri-Co. Metropolitan Transportation District of Oregon [TRI-MET], UNIFUND, US BANCORP, U.S. Bank National Association NA, Lavonne Griffin-Valade, VANGUARD GROUP, David A. Viniar, Wachovia, A. Richard Walje, David A. Weibel, Krista L. White, Marc Williams, World Savings, Youlee Y. Yoo, Selig A. Zises Partners, | **Randy Leonard**<br><br><br><br><br><br><br><br><br><br>**Mardilyn Saathoff**<br><br><br><br>**Steve S. Staul**<br><br><br>U.S. CONSTITUTIONAL COURT CONSOLIDATION(S), <u>PA</u> AUDIO-VIDEO DEPOSITIONS TRIAL BY JURY |
| *DEFENDANTS, **SELECTIVE LIST**, ET AL.* | SUMMONS BY PUBLICATION |

<u>U.S. CONSTITUTIONAL COURT [OWEN M. PANNER]</u> *SELECTIVE-PARTIAL LIST copies*:

   Susan J. Alfano, J.B. and Shelley Beyer, Marceen Bloom, Danny W. Donaldson, Gary Donaldson, Dan Ernst, Richard Gill, Natscha Girma, Azonia Haney, Richard L. Harriman, Larry Jackson, Christine Lasko, Patty Kelley, Michael McMullin [aka Mike Dee] Eric and Maggie Mashia, L. Carlyle and Linda C. Martin, Lauren J. Paulson, Roger Tabb, Art

Page **2** - 09.16.11, Roberta Kelly, 5109 NE Ainsworth ST, Portland, OR 97218-1826,
      OWEN M. PANNER U.S. CONSTITUTIONAL COURT, PROTECTIVE ORDER

VanAlstine, Clifford C. Walker, Brent Webster, Roger Weidner, Charlie White, *ET AL*

*We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.*

*MONETIZATION OF SIGNATURE(S), SECURITIZATION OF MORTGAGES, ELECTRONIC VIRTUAL MONIES, COMPUTER-INTEREST-DEBT-PERPETUITY*

*Article. I., Section. 9., Clause 7.: No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time.*

Courts in the United States operate in a system of law remedy/ies that appear in violation of our U.S. Constitution. *IE EG, PACER* software is an automatic non-signature for government AND does this not vitiate CONTRACT law? Furthermore, signing of my signature provides the Courts' continuation of monetization? PLEASE produce THE following, but not limited to:

complete disclosure, full transparency, one hundred percent [100%] open record of my signature used **in every ways and means** [ie eg, debt-credit monetization exchanges].

*We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, **promote the general Welfare**, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.*

Human Rights such as but not limited to, air, water, and the natural resources to live, do not disappear in the globalism of digital debt-credit in my understanding of our **SOCIAL CONTRACT**.

Social Credit is government monies according to the news. Social Credit is a Contract with the U.S. Constitution, as well. Therefore, our U.S. Courts cannot be other than in contempt when using Social Credit to destroy the human rights,' and the Bill of Rights,' PROTECTED in our U.S. Constitution. The Globalists' privatization of U.S. Social Credit needs to be argued in a higher court. We The People discover remedy/ies in America's federal and states' Constitutions, a certain continued ignorance of due process and therefore, the rule-spirit-letter, THE *good law* continues in a dark ages spiral of a NON-representative U.S. Constitutional Republic, government. George W. Bush's decider rulership disenfranchised our Fifteenth Amendment in my understanding of our voting rights. Electronic voting further secures disenfranchisement with the Patriot ACT securing debt-credit-computer-monies as a global money laundering operation(s) [R.I.C.O.], and this is again according to my understanding.

Page **3** - 09.16.11, Roberta Kelly, 5109 NE Ainsworth ST, Portland, OR 97218-1826,
OWEN M. PANNER U.S. CONSTITUTIONAL COURT, PROTECTIVE ORDER

```
** TX STATUS REPORT **              AS OF  SEP 16 2011 17:02  PAGE.01

                                            THE UPS STORE


      DATE  TIME      TO/FROM         MODE    MIN/SEC   PGS   JOB#   STATUS
  31  09/16 17:00     541 776 3925    EC--S   02'18"    007   156    OK
```

September 16-17, 2011

Number of Pages 7 including Cover

**FAX**

[541] 608.8779, and

- 503.326.8289     John V. Acosta
- 541.431.4149     Ann L. Aiken
- 503.813.7262     Natalie L. Hocken
- 503.326.8339     Dennis J. Hubel
- 503.326.8239     Garr M. King
- 503.823.4019     Randy Leonard
- 503.326.8339     Michael W. Mosman
- 503.721.2451     MardiLyn Saathoff

VIA CERTIFIED 7011 0470 0000 7165 6922, TO:

The Honorable Owen M Panner, US Courthouse, 310 W. 6TH Street, Medford, Oregon 97501-2710, ATTENTION: Judicial Assistant Margaret Hunt, Medford P [541] 608.8756; Courtroom Deputy Margaret Hunt; Civil Docketing Clerk Karen Finerson, Medford P [541] 608.8777; Criminal Docketing Clerk Debbie Johnson, Medford P [541] 608.8772;

VIA CERTIFIED 7011 0470 0000 7165 6939, TO:

827 United States Courthouse
1000 Southwest Third Avenue
Portland, Oregon 97204-2938
Chambers: (503) 326-8290

To Who It Concerns and To Whom It Concerns:

    Please, receive the PROTECTIVE ORDER and CONSOLIDATION filings as NOTICED herein, thank you.

    The 16TH day of September, 2011, Roberta Kelly